NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLDWIDE DOOR COMPONENTS, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, ENDURA PRODUCTS, INC.,**
*Defendants*

**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendant-Appellant*

---

2023-1532

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00012-TCS, Senior Judge Timothy C. Stanceu.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COLUMBIA ALUMINUM PRODUCTS, LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES, ENDURA PRODUCTS, INC.,**
*Defendants*

**ALUMINUM EXTRUSIONS FAIR TRADE**

**COMMITTEE,**
*Defendant-Appellant*

───────────────────

2023-1534

───────────────────

Appeal from the United States Court of International Trade in No. 1:19-cv-00013-TCS, Senior Judge Timothy C. Stanceu.

───────────────────

**ON MOTION**

───────────────────

**O R D E R**

Aluminum Extrusions Fair Trade Committee submits motions in each of the above-captioned appeals to consolidate the appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule is stayed pending consideration of the motions to consolidate.

FOR THE COURT

April 7, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court