# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1532

**Short Case Caption:** Worldwide Door Components, Inc. v. US, Endura Prods., Inc. and Aluminum Extrusions Fair Trade Committee

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Amicus Curiae, the United States | | |
|---|---|---|
| **Principal Counsel:** Claudia Burke | | Admission Date: n/a |
| Firm/Agency/Org.: Department of Justice | | |
| Address: 1100 L St. NW, Washington, DC 20005 | | |
| Phone: 2023539063 | | Email: claudia.burke@usdoj.gov |
| **Other Counsel:** Tara Hogan, Aimee Lee | | Admission Date: n/a |
| Firm/Agency/Org.: Department of Justice | | |
| Address: 1100 L St. NW, Washington, DC 20005 | | |
| Phone: 202-307-0164 | | Email: tara.hogan@usdoj.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/6/24

Signature: /s/ Claudia Burke

Name: Claudia Burke

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Jon Zachary Forbes | Admission Date: n/a |
|---|---|
| Firm/Agency/Org.: Department of Commerce | |
| Address: 1401 Constitution Ave. NW | |
| Phone: 202-779-0204 | Email: jonzachary.forbes@trade.gov |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |